UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| JAIMIE CAWLEY, on behalf of herself and all others similarly situated, | Case No. 7:21-cv-09421 |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| v. | |
| KSF ACQUISITION CORPORATION d/b/a SlimFast and Slim-Fast, | |
| Defendant. | |

---------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KSF Acquisition Corporation d/b/a SlimFast (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

KSF Acquisition Corporation is an indirect subsidiary of Glanbia Plc, a publicly listed company on the Irish and London stock exchange.

Dated:  New York, New York
        November 23, 2021

                                          **GREENBERG TRAURIG, LLP**

                                 By:   */s/Philip H. Cohen*
                                       Philip H. Cohen
                                       One Vanderbilt Avenue
                                       New York, New York 10017
                                       Tel.: (212) 801-9200
                                       Fax: (212) 801-6400
                                       CohenP@gtlaw.com