**DENLEA & CARTON LLP**

2 Westchester Park Drive
Suite 410
White Plains, NY 10604
Tel 914-331-0100
Fax 914-331-0105
www.denleacarton.com

April 18, 2022

**VIA ECF & EMAIL**

Honorable Cathy Seibel
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

          Re:   *Cawley v. KSF Acquisition Corp., d/b/a SlimFast*
                Case No: 7:21-CV-09421

Dear Judge Seibel:

      We represent the Plaintiff Jaimie Cawley in the above captioned action. In response to Defendant's request for a Pre-Motion Conference (currently scheduled for May 6, 2022), we intend to amend the Complaint. Our amendment will seek (i) to address the alleged deficiencies described in Defendant's counsel's pre-motion conference letter, and (ii) to add an Illinois Plaintiff and allegations concerning a subclass of Illinois consumers whom she seeks to represent.

      I respectfully request that we have until May 16, 2022 to file the amended pleading, and that Defendant's counsel then have 21 days (through and including June 6, 2022) to decide whether they would like to: (1) renew the arguments made in its previously-filed pre-motion letter; (2) file an amendment/supplement to its previously filed pre-motion letter; or (3) answer the amended pleading. I have shared this proposal with Defendant's counsel and they have consented to the same.

      Thank you for the Court's anticipated attention to this matter.

                                Respectfully submitted,

                                DENLEA & CARTON LLP

                                Jeffrey I. Carton

JIC/ld
cc:  Philip H. Cohen, Esq.
      Rick L. Shackelford, Esq.